**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>      )<br>  v. )<br>      )<br>JEANETTA BROWN, )<br>      Defendants. ) | Cause No.: 2:13-CR-116-JTM-PRC |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT JEANETTA BROWN**

TO:    THE HONORABLE JAMES T. MOODY, JUDGE,
         UNITED STATES DISTRICT COURT

Upon Defendant Jeanetta Brown's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 4, 2014, with the consent of Defendant Jeanetta Brown, counsel for Defendant Jeanetta Brown, and counsel for the United States of America.

The hearing on Defendant Jeanetta Brown's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jeanetta Brown under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Jeanetta Brown,

I FIND as follows:

(1) that Defendant Jeanetta Brown understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Jeanetta Brown understands her right to trial by jury, to persist in her plea

of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Jeanetta Brown understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Jeanetta Brown understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Jeanetta Brown has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Jeanetta Brown is competent to plead guilty;

(6) that Defendant Jeanetta Brown understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jeanetta Brown's plea; and further,

I RECOMMEND that the Court accept Jeanetta Brown's plea of guilty to the offense charged in Count 4 of the Indictment and that Defendant Jeanetta Brown be adjudged guilty of the offense charged in Count 4 of the Incictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Jeanetta Brown be adjudged guilty, a sentencing date before Senior Judge James T. Moody will be scheduled. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 5th day of March, 2014.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
Honorable James T. Moody